PROB 12C
(7/93)

Report Date: May 11, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 11 2012

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel S. Campos          Case Number: 2:07CR02084-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence:  5/14/2008

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 66 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | 3/13/2012 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | 3/12/2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Daniel Campos failed to call and check-in with his supervising probation officer on May 11, 2012, as directed.

On May 1, 2012, Mr. Campos appeared in Court for his STEP session and was sanctioned to call and check-in with his supervising probation officer every day, Monday through Friday, at 8:15 a.m. On May 11, 2012, the defendant failed to contact the undersigned officer as scheduled. Several attempts were made to contact the defendant that same day but they were all met with negative results.

Prob12C
Re:  Campos, Daniel S.
May 11, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 11, 2012
_____

s/Jose Vargas
_____

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

5/11/12
_____
Date