PROB 12C
(7/93)

Report Date: May 18, 2012

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 21 2012

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel S. Campos          Case Number: 2:07CR02084-001-JPH

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer: The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: 5/14/2008

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 66 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Rebecca Pennell |

Type of Supervision: Supervised Release

Date Supervision Commenced: 3/13/2012

Date Supervision Expires: 3/12/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Daniel Campos failed to submit a urinalysis test at Merit Resource Services (Merit) on May 17, 2012. |
| | On May 18, 2012, the undersigned officer received a letter from Merit stating the defendant failed to show for a scheduled urinalysis test on May 17, 2012. Contact with the defendant revealed he had simply forgotten about his urinalysis test that day. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

Prob12C
Re: Campos, Daniel S.
May 18, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/18/2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

s/ James P. Hutton

Signature of Judicial Officer
May 18, 2012

Date