PROB 12C
(7/93)

Report Date: July 24, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 24 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel S. Campos         Case Number: 2:07CR02084-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 5/14/2008

Original Offense:    Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison - 66 Months;            Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Thomas J. Hanlon              Date Supervision Commenced: 3/13/2012

Defense Attorney:    Alex B. Hernandez, III        Date Supervision Expires: 3/12/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.
  | **Supporting Evidence**: Daniel S. Campos is alleged to have kidnaped and raped a male victim on July 21, 2012, (Toppenish Police Department case number 12-P3234).
  | On July 23, 2012, contact with detectives from the Toppenish Police Department revealed they were investigating a case in which a male victim reported the defendant kidnaped and raped him. Detectives advised they have been unable to locate the defendant for questioning and his whereabouts are currently unknown. They further advised a warrant would be subsequently issued for the defendant's arrest if he failed to contact their office.
  | An incident report has been requested but has not yet been received.
2 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

Prob12C
Re: Campos, Daniel S.
July 24, 2012
Page 2

        **Supporting Evidence**: Daniel S. Campos admitted to using methamphetamine on June 19, and July 15, 2012.

On July 16, 2012, Mr. Campos reported to the U.S. Probation Office and was caught attempting to provide a urine sample by using an eyedropper filled with urine, which was concealed in his underpants. The defendant was unable to provide a valid urine sample that day and was directed to report the following day. On July 17, 2012, he reported for an office visit and admitted to using methamphetamine on June 19, and July 15, 2012. The defendant reviewed and signed an admissions form agreeing to the aforementioned. A urine sample was then collected from the defendant which tested negative.

3    **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

        **Supporting Evidence**: Daniel S. Campos failed to contact his supervising probation officer on July 23, 2012.

On July 23, 2012, the undersigned officer contacted the defendant and directed him to report for an office visit for the purpose of collecting a urine sample. The defendant advised he did not know if he would be able to report because he needed to contact a detective with the Toppenish Police Department in regard to a pending investigation and believed he would be detained. Mr. Campos was then instructed to contact the detective by phone and to call this officer within the hour. Although the defendant stated he understood, he failed to contact this officer. Several attempts were made by the undersigned to contact the defendant and his parents but they were all met with negative results.

4    **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and the treatment provider.

        **Supporting Evidence**: Daniel S. Campos failed to attend a group counseling session at Merit on July 10, 2012, and failed to follow through with treatment recommendations.

On July 20, 2012, contact with the defendant's treatment counselor revealed that based on his missed treatment session and recent admission of drug use, the defendant was removed from aftercare services and was being referred to an inpatient treatment program. On July 23, 2012, the defendant was directed to contact this officer later that day to discuss his referral to Sundown M Ranch, however, he failed to contact this officer.

5    **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Daniel S. Campos failed to report to Merit on July 10, 2012, for a scheduled urinalysis test.

Prob12C
Re: Campos, Daniel S.
July 24, 2012
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/24/2012:11:55 a.m.

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

July 24, 2012
Date