PROB 12C
(7/93)

Report Date: July 11, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 12 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel S. Campos          Case Number: 2:07CR02084-001

Address of Offender: )

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 5/14/2008

Original Offense:     Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 66 Months            Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Thomas J. Hanlon              Date Supervision Commenced: 4/2/2013

Defense Attorney:     Alex B. Hernandez, III        Date Supervision Expires: 8/1/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Daniel Campos submitted urinalysis tests on April 10 and 17, 2013, which tested presumptive positive for methamphetamine.<br><br>Test results form Alere Laboratories confirmed the April 10, 2013, test result, and the defendant reviewed and signed an admissions form acknowledging the use of methamphetamine on or about April 16, 2013. |
| 2 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Daniel Campos failed to report or contact his supervising probation officer on April 15, 2013. |

Prob12C
Re: Campos, Daniel S.
July 11, 2013
Page 2

On April 12, 2013, the defendant reported for an office visit at which time he was directed to report or contact the undersigned officer on April 15, 2013. On April 15, 2013, he failed to report or contact his supervising probation officer. On April 16, 2013, contact with the defendant's mother revealed she did not know of the defendant's whereabouts and was concerned about his welfare.

It should be noted that on April 17, 2013, the defendant reported to the U.S. Probation Office and was served with an old warrant dated February 28, 2000, out of Fargo, North Dakota, charging him with delivery of a controlled substance, Cass County District Court, case number 00-618. On April 18, 2013, the defendant appeared in Yakima County Superior Court (case number 13-1-00605-2) on the fugitive warrant and bail was set at $50,000. On July 11, 2013, contact with the Yakima County Prosecutor's Office revealed the case against Mr. Campos from Fargo, North Dakota, would be dismissed on July 12, 2013, due to the age of the charge and a lack of evidence.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/11/2013

Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

July 12, 2013
Date