PROB 12C
(7/93)

Report Date: May 19, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 20 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel S. Campos        Case Number: 0980 2:07CR02084-001

Address of Offender:        Toppenish, Washington 98948

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 14, 2008

Original Offense:    Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison 66 months             Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Thomas J. Hanlon            Date Supervision Commenced: December 13, 2013

Defense Attorney:    Alex B. Hernandez, III       Date Supervision Expires: August 12, 2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Daniel Campos failed to report to the U.S. Probation Office, as directed on March 3, 2014.<br><br>On February 25, 2014, the defendant reported to the U.S. Probation Office and was directed to report for an office visit on March 3, 2014, but he failed to do so. On March 5, 2014, he reported for an office visit and stated he had forgotten about his scheduled office visit on March 3, 2014. |
| 2 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Daniel Campos consumed methamphetamine on April 10, 2014. |

Prob12C
Re: Campos, Daniel S.
May 19, 2014
Page 2

On April 14, 2014, the defendant reported to the U.S. Probation Office and admitted to using methamphetamine on April 10, 2014. Mr. Campos reviewed and signed a drug admission form acknowledging the aforementioned.

3  **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Daniel Campos failed to submit a urinalysis test at Merit Resource Services (Merit) on April 24, 2014.

On April 25, 2014, the undersigned officer received a notice from Merit stating the defendant had failed to report to their office on April 24, 2014, for a urinalysis test.

4  **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Daniel Campos failed to attend group counseling sessions at Merit on March 27, 2014, and April 10, 2014. He also failed to attend an individual counseling session on April 11, 2014.

On March 28, 2014, the defendant's treatment counselor at Merit contacted the undersigned officer and reported Mr. Campos failed to show for his scheduled group counseling session on March 27, 2014. On March 31, 2014, the defendant reported for an office visit and stated the reason he failed to show for his treatment session on March 27, 2014, was because he got into an argument with his mother that day, and he did not feel like attending his group session.

On April 10, 2014, Merit personnel contacted the undersigned officer and reported the defendant failed to attend his group counseling session that evening. On April 14, 2014, the U.S. Probation Office received a notice stating he failed to show for an individual counseling session on April 11, 2014.

5  **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Daniel Campos failed to successfully complete intensive inpatient treatment programs at American Behavioral Health Systems (ABHS) on May 10, 2014, and James Oldham Treatment Center (JOTC) on May 19, 2014.

On April 29, 2014, the defendant entered ABHS for 30 days of inpatient treatment services. On May 9, 2014, ABHS contacted the undersigned officer and reported the defendant had been involved in a physical altercation with another client and was going to be discharged on May 10, 2014, and referred to JOTC for treatment.

Prob12C
Re: Campos, Daniel S.
May 19, 2014
Page 3

On May 12, 2014, Mr. Campos entered a 30-day intensive inpatient treatment program at JOTC. On May 19, 2014, treatment personnel contacted the undersigned officer to report the defendant had been unsuccessfully discharged from treatment due to being argumentative and confrontational with staff members. Mr. Campos contacted his supervising probation officer shortly after his discharge from treatment. Although he reported he did not believe he was confrontational or argumentative, he did say he needed to work on his anger issues.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/19/2014

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

May 20, 2014
Date