PROB 12C
(7/93)

Report Date: August 14, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 15 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel S. Campos          Case Number: 0980 2:07CR02084-001

Address of Offender: ████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 14, 2008

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison 66 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 13, 2013

Date Supervision Expires: August 12, 2015

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/19/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On August 6, 2014, Daniel Campos reported to the U.S. Probation Office in the Western District of Washington and submitted a urinalysis, which tested positive for methamphetamine.<br><br>On August 13, 2014, he reported for an office visit and admitted to using methamphetamine on August 5, 2014. Mr. Campos reviewed and signed an admission of drug use form acknowledging the aforementioned. |

Prob12C
Re: Campos, Daniel S.
August 14, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/14/2014

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

Edward F. Shea

Signature of Judicial Officer

8/15/14

Date