PROB 12C
(7/93)

Report Date: November 19, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel S. Campos             Case Number: 0980 2:07CR02084-001

Address of Offender: ▉▉▉▉▉▉▉▉▉ th ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 14, 2008

| | | |
|---|---|---|
| Original Offense: | Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 13, 2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: August 12, 2015 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/19/2014, 08/14/2014, and 10/31/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On November 3, 2014, Daniel Campos failed to report to the U.S. Probation Office in the Western District of Washington for a urinalysis test.<br><br>On November 4, 2014, the defendant was scheduled to report to the U.S. Probation Office in the Western District of Washington for a urinalysis test, but he failed to report. When questioned by his supervising probation officer, he stated he simply forgot to report that day. |
| 9 | **Mandatory Condition**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Prob12C**
**Re: Campos, Daniel S.**
**November 19, 2014**
**Page 2**

        **Supporting Evidence**: On November 12, 2014, Daniel Campos reported to the U.S. Probation Office in the Western District of Washington and submitted a urinalysis, which tested positive for alcohol and amphetamine.

        On November 18, 2014, Mr. Campos admitted to his supervising probation officer that he consumed alcohol and used methamphetamine on November 12, 2014.

10      **Mandatory Condition**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

        **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: On November 19, 2014, Daniel Campos reported to the U.S. Probation Office in the Western District of Washington and admitted to consuming alcohol and using methamphetamine on November 16, 2014. The defendant reviewed and signed an admission of drug and alcohol use form acknowledging the aforementioned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/19/2014

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

Prob12C
**Re: Campos, Daniel S.**
**November 19, 2014**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

November 19, 2014
Date